476 A.2d 57

Commonwealth v. Cannon, Appellant.

Argued March 7, 1984. Erwin Miller, for appellant; John Donnelly, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment of sentence affirmed.